IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 19-cv-01640-CMA-STV

TWO RIVERS WATER & FARMING COMPANY,

    Plaintiff,

v.

AMERICA 2030 CAPITAL LIMITED,
BENTLEY ROTHSCHILD CAPITAL LIMITED,
BROADRIDGE FINANCIAL SOLUTIONS, INC.,

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

This matter is before the Court on Plaintiff Two Rivers Water & Farming Company's Verified Motion for Temporary Restraining Order and Preliminary Injunction. (Doc. # 2.) On June 19, 2019, the Court conducted a hearing on Plaintiff's Motion. *See* (Doc. # 19). At the hearing, the Court directed Plaintiff to submit briefing showing that the Court has the authority to enjoin the arbitration proceedings in the Federation of St. Kitts and Nevis. (*Id*.) However, Plaintiff did not submit any briefing on that issue, and Plaintiff did not address the issue in its proposed Order Granting Plaintiff's Motion for Preliminary Injunction. *See* (Doc. # 20). Therefore, the Court abstains from ruling on the arbitration proceedings in the Federation of St. Kitts and Nevis.

However, after considering the Motion and evidence presented at the hearing, the Court finds that the Motion (Doc. # 2) should be GRANTED in so far as it seeks injunctive relief regarding activity related to the Restricted Shares for the reasons the Court read into the record at the hearing. *See* (Doc. # 19). Accordingly, the Court ORDERS as follows:

Defendants America 2030 Capital Limited, Bentley Rothschild Capital Limited, and Broadridge Financial Solutions, Inc. are hereby enjoined—through trial in this matter—from engaging in any activity related to:

1. the sale or transfer of any of the Restricted Shares (i.e., 6,800,000 shares by Plaintiff supposedly in exchange for a loan from America 2030 Capital Limited and/or Bentley Rothschild Capital Limited); and

2. removing the restrictive legends on the Restricted Shares.

DATED: July 2, 2019

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge