**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 19-cv-01640-CMA-STV

TWO RIVERS WATER & FARMING COMPANY,

       Plaintiff/Counterclaim Defendant,

v.

AMERICA 2030 CAPITAL LIMITED, BENTLEY ROTHSCHILD CAPITAL LIMITED,

       Defendant,

    and

BROADRIDGE FINANCIAL SOLUTIONS, INC.,

       Defendant/Counterclaimant.

---

## BROADRIDGE FINANCIAL SOLUTIONS, INC.'S COUNTERCLAIM

Defendant/Counterclaimant Broadridge Financial Solutions, Inc. ("Broadridge"), by and through its undersigned counsel, asserts the following Counterclaim against Plaintiff/Counterclaim Defendant Two Rivers Water & Farming Company ("Two Rivers") under Rule 13 of the Federal Rules of Civil Procedure, and in support thereof alleges as follows:

1.    Broadridge Financial Solutions, Inc. is incorporated under the laws of the State of Delaware and has its principal place of business in New York.

2.    On information and belief, Broadridge asserts that Two Rivers Water & Farming Company is incorporated under the laws of Colorado with its principal place of business located at 3025 S. Parker Rd., Ste. 140, Aurora, CO 80014.

3.    This Court has supplemental jurisdiction over Broadridge's counterclaim under 28 U.S.C. § 1367.

4.      Two Rivers has voluntarily consented to jurisdiction and venue by filing the underlying Complaint.

5.      In 2011, Two Rivers entered into an agreement pursuant to which a Broadridge subsidiary would perform certain services described in an attached Transfer Agent Services Schedule ("2011 Agreement").

6.      The original Transfer Agent Services Schedule attached to the 2011 Agreement was replaced and superseded in its entirety by a subsequent Transfer Agent Services Schedule that Two Rivers executed in July 2014 ("2014 Transfer Agent Services Schedule").

7.      The term of the 2014 Transfer Agent Services Schedule was for the period commencing on the date of execution in July 2014 and ending three years thereafter.  The terms of the 2014 Transfer Agent Services Schedule provide that, at the end of its initial three-year term, the 2014 Transfer Agent Services Schedule would automatically renew for successive renewal terms of one year, subject to termination upon at least sixty days' prior written notice. The 2014 Transfer Agent Services Schedule was also to be automatically renewed at the end of each renewal term.

8.      No party provided written notice terminating the 2014 Transfer Agent Services Schedule; thus, the 2014 Transfer Agent Services Schedule remains in effect.

9.      The 2014 Transfer Agent Services Schedule provides that Two Rivers "shall protect, indemnify and hold harmless Transfer Agent. . . from and against any and all claims, liability, costs, loss, damages, charges and judgments, including reasonable counsel fees and expenses arising in connection with Transfer Agent's good faith performance of its duties under this Schedule."  The 2014 Transfer Agent Services Schedule defines the term "Transfer Agent"

as the Broadridge subsidiary with which Two Rivers executed the 2014 Transfer Agent Services Schedule.

10.     Broadridge has incurred and continues to incur costs, including counsel fees and expenses, in connection with defending against Two Rivers's Complaint in this action, which seeks to enjoin Broadridge from undertaking certain conduct that Broadridge or its subsidiary may otherwise undertake in connection with its good faith performance of duties under the Transfer Agent Services Schedule.

11.     Broadridge is entitled to complete indemnification by Two Rivers for any costs, losses, damages, charges, or judgments it may incur in connection with this action, including reasonable counsel fees and expenses.

Wherefore, Broadridge prays for judgment in its favor and against Plaintiff/Counterclaim Defendant Two Rivers Water & Farming Company in an amount equal to Broadridge's costs, losses, damages, charges incurred in connection with this action, including without limitations its reasonable fees and costs in litigating this action, and for such other and further relief as this Court may deem just and proper.

Respectfully submitted this 19th day of July, 2019.

By:     /s/ *Douglas N. Marsh*
Douglas N. Marsh, #45964
Armstrong Teasdale LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
Telephone: (720) 200-0676
dmarsh@armstrongteasdale.com

*Attorney for Defendant Broadridge Financial Solutions, Inc.*

3

## CERTIFICATE OF SERVICE

I, Douglas N. Marsh, hereby certify that on July 19, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Leif H. Olson, Atty. Reg. No. 48999
Leif Olson Law, LLC
3900 E. Mexico Ave., Suite 300
Denver, CO 80210
Office: 720-606-6795
lolson@leifolsonlaw.com

Otto Hilbert, Atty. Reg. No. 18363
Otto K. Hilbert, II, P.C.
535 16th St., Ste. 810
Denver, CO 80202
Office: 303-324-3748
otto@otto.law

*Attorneys for Plaintiff Two Rivers Water & Farming Company*

/s/ *Douglas N. Marsh*
Douglas N. Marsh