IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 19-cv-01640-CMA-STV**

TWO RIVERS WATER & FARMING COMPANY,

    Plaintiff,

v.

AMERICA 2030 CAPITAL LIMITED,
BENTLEY ROTHSCHILD CAPITAL LIMITED, and,
BROADRIDGE FINANCIAL SOLUTIONS, INC.,

    Defendants.

---

**NOTICE OF DISMISSAL OF AMERICAN 2030 CAPITAL LIMITED AND BENTLEY ROTHSCHILD CAPITAL LIMITED**

---

    Pursuant to Rule 41(a)(1)(A)(i), Two Rivers Water & Farming Company ("Two Rivers") respectfully submits this Notice of Dismissal of 2030 American Capital Limited and Bentley Rothschild Capital Limited (collectively the "2030 Defendants").

    1.    Under Rule 41(a)(1)(A)(i), a Plaintiff may voluntarily dismiss without a Court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

    2.    Here, the 2030 Defendants did not answer or file a motion for summary judgment.

    3.    Accordingly, and pursuant to this Notice. Two Rivers dismisses the claims against the 2030 Defendants, without prejudice.

Dated: August 24, 2020.

        Respectfully submitted,

        BALLARD SPAHR LLP

        By:   *s/ Matthew A. Morr*
        Sarah B. Wallace (#31859)
        Matthew A. Morr (#35913)
        1225 17th Street, Suite 2300
        Denver, CO 80202
        Telephone: 303-292-2400
        Fax: 303-296-3956
        Email: wallaces@ballardspahr.com
        morrm@ballardspahr.com

        ***ATTORNEYS FOR PLAINTIFF TWO RIVERS WATER AND FARMING COMPANY***

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2020, I served a true and correct copy of the foregoing **NOTICE OF DISMISSAL OF AMERICAN 2030 CAPITAL LIMITED AND BENTLEY ROTHSCHILD CAPITAL LIMITED** via the Court's CM/ECF electronic filing system, which will provide notice to all parties of record.

*s/ Sherri L. Clark*