IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 19-cv-01640-CMA-STV**

TWO RIVERS WATER & FARMING COMPANY,

    Plaintiff,

v.

AMERICA 2030 CAPITAL LIMITED,
BENTLEY ROTHSCHILD CAPITAL LIMITED, and,
BROADRIDGE FINANCIAL SOLUTIONS, INC.,

    Defendants.

---

**STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Rule 41(a)(1)(A)(ii), Two Rivers Water & Farming Company and Broadridge Financial Solutions, Inc. stipulate to the dismissal of this action, with prejudice.

Dated: September 21, 2020.

Respectfully submitted,

BALLARD SPAHR LLP

| | |
|---|---|
| */s/Douglas N. Marsh* | */s/ Matthew A. Morr* |
| Douglas N. Marsh | Sarah B. Wallace,#31859 |
| ARMSTRONG TEASDALE LLP | Matthew A. Morr,#35913 |
| 4643 South Ulster Street, Suite 800 | BALLARD SPAHR LLP |
| Denver, Colorado 80237 | 1225 17th Street, Suite 2300 |
| Telephone: (720) 200-0676 | Denver, CO 80202 |
| Fax: (720) 200-0679 | Telephone: 303-292-2400 |
| Email: dmarsh@armstrongteasdale.com | Fax: 303-296-3956 |
| *Attorney for Defendant Broadridge Financial Solutions, Inc.* | Email: wallaces@ballardspahr.com morrm@ballardspahr.com |
| | *Attorneys for Plaintiff Two Rivers Water and Farming Company* |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of September, 2020, I served a true and correct copy of the foregoing **STIPULATED NOTICE OF DISMISSAL WITH PREJUDICE** via the Court's CM/ECF electronic filing system, which will provide notice to all parties of record.

    *s/ Sherri L. Clark*